UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN LANDRY (#632604)

VERSUS

G. THOMPSON, ET AL.

CIVIL ACTION

19-520-SDD-SDJ

RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated January 27, 2022 to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment[3] filed by Lollis and Houston are GRANTED and all remaining claims against them are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that all remaining claims against Williams are DISMISSED WITH PREJUDICE on the Court's own motion.

Signed in Baton Rouge, Louisiana the 18 day of February, 2022.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 29.
[2] Rec. Doc. 30.
[3] Rec. Doc. 29.